**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jermaine Demetrie Williams
Attorney at Law
108 W. Congress Street
Lafayette, LA 70501

**REHEARING ACTION: May 9, 2012**

**Docket Number: 11   01061-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MARLON ROBERSON**

**Appealed from Iberia Parish Case No. 09-1697**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marlon Roberson** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing.

cc: Hon. J. Phillip Haney, Counsel for the Appellee
   Angela B. Odinet, Counsel for the Appellee